**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARNELL STANLEY,** | : | CIVIL NO. 1:CV-12-303 |
| Petitioner, | : | |
| | : | (Chief Judge Kane) |
| v. | : | |
| | : | |
| **DAVID EBBERT,** | : | |
| Respondent | : | |

**O R D E R**

The above-captioned habeas corpus petition pursuant to 28 U.S.C. § 2241 was originally filed in the United States District Court for the District of Columbia by Darnell Stanley ("Stanley"), an inmate confined at the Federal Correctional Institution at Allenwood, Pennsylvania. On February 15, 2012, the case was transferred here by the District of Columbia Court. (Doc. No. 8.) The case is presently before this Court for preliminary screening. On March 15, 2012, Stanley filed a motion with this Court seeking to withdraw his habeas petition. (Doc. No. 10.) In reviewing the motion, it appeared to the Court that Stanley believed his petition was still pending before the District Court for the District of Columbia, and sought to withdraw the petition in this Court because he did not realize the case had been transferred here. As such, on March 29, 2012, this Court issued an order denying Stanley's motion to withdraw, advising him that the matter had been transferred to this Court, and directing the Clerk of Court to provide Stanley with a copy of the transfer order. (Doc. No. 11.) On April 6, 2012, the Court received a filing from Stanley responding to this Court's order of March 29, 2012. In said filing, he first states that he is aware the case has been transferred to this Court. He further informs this Court that he still wishes to withdraw his petition because he does not feel the Court will be able to grant him any relief, and also because he is due to see the Parole Board on or about May 14,

2012. (Doc. No. 12 at 3.)

**ACCORDINGLY, THIS 13th DAY OF APRIL, 2012, IT IS HEREBY ORDERED THAT** Petitioner's filing of April 6, 2012 (Doc. No. 12) will be construed as a motion for reconsideration of this Court's decision to deny his motion to withdraw, and will be **granted**. Petitioner's request to withdraw his pending petition for writ of habeas corpus will be **granted**. The above-captioned petition for writ of habeas corpus is hereby **dismissed,** and the Clerk of Court is directed to **close this case**.

S/ Yvette Kane<br>
YVETTE KANE, Chief Judge<br>
Middle District of Pennsylvania